IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHILLIP JAMES WYNER                                                    PLAINTIFF

v.                                    Case No. 4:24-cv-4024

HEAD NURSE STEVEN KING                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark
E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 24.  Judge
Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for
failure to prosecute this matter and for failure to obey Court Orders in violation of Federal Rule of
Civil Procedure 41(a) and Local Rule 5.5(c)(2), respectively.  Plaintiff has not objected to the
R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's
reasoning is sound, the Court adopts the R&R (ECF No. 24) in toto.  Accordingly, Plaintiff's
Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute
and failure to obey Court Orders.

**IT IS SO ORDERED**, this 22nd day of August, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge